1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CSBN 193730)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        FAX: (510) 637-3724
7       andrew.huang@usdoj.gov

8  Attorneys for the United States of America

               UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

                      OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:13-MJ-70834-MAG (DMR) |
| Plaintiff, | ) | DETENTION ORDER |
| v. | ) | |
| DONALD V. TOTTEN, | ) | |
| Defendant. | ) | |

Following a hearing on July 31, 2013, under 18 U.S.C. § 3142(f), and considering the factors set forth in section 3142(g), the Court finds that no condition or combination of conditions in section 3142(c) will reasonably assure Donald V. Totten's appearance in this case or the safety of any other person or the community. The Court's finding is based upon the largely unrebutted facts contained in the Pretrial Services Report and additional facts proffered by the government during the hearing. Specifically, the Court notes the following:

cc: Copy to parties via ECF, Pretrial Services, 2 Certified copies to U.S. Marshal

DETENTION ORDER
NO. 4:13-MJ-70834-MAG (DMR)                 1

  a. Mr. Totten's significant ties to the Philippines, including personal and business interests and assets located there and elsewhere abroad;

  b. His relative lack of family and personal ties to any community in the United States;

  c. His incentives to leave the United States, including this prosecution and other potential investigations;

  d. His recently denied bankruptcy petition, which potentially puts his remaining assets at risk; and

  e. The proffered facts alleging ongoing acts of fraud, including identity theft and bankruptcy fraud.

The Court, therefore, orders that the defendant be detained pending trial and removal to the District of Hawaii.

  IT IS SO ORDERED.

August 1, 2013
Date

*[signature]*
Hon. DONNA M. RYU
United States Magistrate Judge